# Court of Appeals, State of Michigan

## ORDER

People of MI v Tamara Joy Stephens

Docket No. 324802

LC No. 2013-247948-FC

Amy Ronayne Krause
Presiding Judge

David H. Sawyer

Cynthia Diane Stephens
Judges

The Court orders that the March 31, 2016 opinion is hereby AMENDED to correct a clerical error. On page three, third full paragraph, the first sentence shall read: A defendant's Fifth Amendment right against self-incrimination extends to the sentencing.

In all other respects, the March 31, 2016 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAY 13 2016

Date

Chief Clerk